In the Matter of the Arbitration of Certain Controversies between ARTHUR HERSSENS ET CIE, Respondents, and GRAIN PRODUCTS CORPORATION, Appellant. — Order granting petitioners' motion for an order directing arbitration to proceed, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VERNA NEUGASS and Others, Appellants, v. GREAT ATLANTIC AND PACIFIC TEA Co., INC., Respondent.— Order, so far as appealed from, denying plaintiffs' motion for examination before trial of defendant as to items 5 and 6 of the notice of motion, unanimously reversed, with twenty dollars costs and disbursements and the motion granted in toto. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRVING TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee, etc., Respondents, v. SIXTY UNIVERSITY PLACE CORPORATION and Others, Defendants, Impleaded with SIMON H. SCHEUER and Another, Intervening Defendants-Appellants.— Order denying motion of defendants-appellants for an order fixing and allowing compensation and disbursements to the attorneys for said defendants unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ATLANTIC GREYHOUND LINES, Respondent, v. CENTRAL MOTOR COACH TERMINALS, INC., and Others, Appellants, Impleaded with Another.— Order, so far as appealed from, granting plaintiff's motion for examination before trial of defendants-appellants as to items 2, 3, 4, 7, 9, 13, 14, 15 and 17 of the notice of motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EFFIE HOLLADAY, Appellant, v. BROADWAY & 43RD STREET CORPORATION, Respondent.— Order granting defendant's motion for judgment dismissing the complaint for failure to prosecute, and order denying plaintiff's motion for a reargument, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARRIET G. KEENE and ERWIN F. KEENE v. FRANK R. CHAMBERS, Individually and as Surviving Partner of the Partnership Consisting of FRANK R. CHAMBERS and WILLIAM R. H. MARTIN, Known as ROGERS PEET & Co. OF NEW YORK CITY, and as Sole Surviving Partner, etc., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 700.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM H. McGOWAN, Receiver of PENN NATIONAL BANK AND TRUST COMPANY OF READING, on His Own Behalf as Such Receiver, etc., and Others v. THOMAS C. EASTMAN and Others, Individually and as Copartners, etc.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 246 App. Div. 527; Id. 794.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.